■ KAREN CASALE, as Parent and Natural Guardian of STEPHANIE CASALE, an Infant, Respondent, v LIVERPOOL CENTRAL SCHOOL DISTRICT, Appellant. [951 NYS2d 439]—

Memorandum: Contrary to respondent's contention, Supreme Court did not abuse its discretion in granting claimant's application for leave to serve a late notice of claim pursuant to General Municipal Law § 50-e (5). Although a court may properly consider whether a claimant provided a reasonable excuse for failing to serve a timely notice of claim (*see Parton v Onondaga County*, 81 AD3d 1433, 1433-1434 [2011]), a claimant's failure to tender a reasonable excuse "is not fatal where . . . actual notice was had and there is no compelling showing of prejudice to [respondent]" (*Matter of Hall v Madison-Oneida County Bd. of Coop. Educ. Servs.*, 66 AD3d 1434, 1435 [2009] [internal quotation marks omitted]; *see Hale*

*v Webster Cent. School Dist.*, 12 AD3d 1052, 1053 [2004]). Here, claimant "made a persuasive showing that [respondent] 'acquired actual knowledge of the essential facts constituting the claim' . . . [and respondent has] made no particularized or persuasive showing that the delay caused [it] substantial prejudice" (*Wetzel Servs. Corp. v Town of Amherst*, 207 AD2d 965, 965 [1994]; *see* § 50-e [5]). Present—Fahey, J.P., Peradotto, Carni and Sconiers, JJ.